IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 12-25 |
| v. | ) | |
| | ) | (29 U.S.C. § 501(c)) |
| CURTIS REED | ) | |

## INDICTMENT

The grand jury charges:

During the period from in and around March of 2005 to in and around May of 2010, in the Western District of Pennsylvania and elsewhere, the defendant, CURTIS REED, while employed in St. Paul, Minnesota as a Staff Representative for the International Union of United Steelworkers, a labor organization engaged in an industry affecting interstate commerce within the meaning of Sections 402(i) and (j) of Title 29, United States Code, did embezzle, steal and unlawfully and willfully abstract and convert to his own use approximately $3,694.32 of the monies, funds, property and assets of said labor organization, that is the defendant, CURTIS REED, charged said amount in personal expenses to union credit cards.

In violation of Title 29, United States Code, Section 501(c).

A True Bill,

_____
FOREPERSON

_____
DAVID J. HICKTON
United States Attorney
PA ID No. 34524